IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANNE WEST, TOM BROWN,<br><br>          Plaintiffs,<br><br>     v.<br><br>DOCUSIGN, INC.,<br><br>          Defendant. | Civil Action No.: 2:19-cv-00501<br>LEAD CASE |
| TOM BROWN,<br><br>          Plaintiff,<br><br>     v.<br><br>AMERICAN EAGLE OUTFITTERS, INC., d/b/a TODD SNYDER<br><br>          Defendant. | Civil Action No. 2:19-cv-00515 |

## NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)

1. Whereas Plaintiff Tom Brown filed the above-referenced case against American Eagle Outfitters, Inc., d/b/a Todd Snyder on May 3, 2019.

2. Whereas the complaint in the above-referenced case alleges violations of the Americans with Disabilities Act with respect to websites owned, operated, or controlled by defendant.

3. Whereas Defendant has not yet answered or otherwise appeared in this action, and thus dismissal is appropriate without court order, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i).

4. Accordingly, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff seeks voluntary dismissal of the Complaint.

Dated: May 17, 2019                                  Respectfully Submitted,

*/s/ Benjamin J. Sweet*
Benjamin J. Sweet
ben@sweetlawpc.com
**THE SWEET LAW FIRM, P.C.**
186 Mohawk Drive
Pittsburgh, Pennsylvania 15228
Phone: (412) 742-0631

Jonathan D. Miller (*Admission Pending*)
jonathan@nshmlaw.com
**NYE STIRLING HALE & MILLER, LLP**
33 West Mission Street #201
Santa Barbara, California 93101
Phone: (805) 963-2345

*Counsel for Plaintiff, Tom Brown*