IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANNE WEST, TOM BROWN,<br><br>Plaintiffs,<br><br>v.<br><br>DOCUSIGN, INC.,<br><br>Defendant. | Civil Action No. 2:19-cv-00501<br>LEAD CASE |
| DEMIELI WRIGHT and KAREN CLARK,<br><br>Plaintiffs,<br><br>v.<br><br>PARAGON APPAREL, and DOES 1 to 5,<br><br>Defendants. | Civil Action No. 1:19-cv-00126 Erie<br>Consolidated Case |

## NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)

1. Whereas Plaintiffs Demieli Wright and Karen Clark filed the above-referenced case against Paragon Apparel, and Does 1 to 5, on May 1, 2019.

2. Whereas the complaint in the above-referenced case alleges violations of the Americans with Disabilities Act with respect to websites owned, operated, or controlled by defendants.

3. Whereas Defendants have not yet answered or otherwise appeared in this action, and thus dismissal is appropriate without court order, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i).

4. Accordingly, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiffs seek voluntary dismissal of the Complaint.

Dated: May 17, 2019　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Benjamin Sweet*
　　　　　　　　　　　　　　　　　　　Benjamin J. Sweet
　　　　　　　　　　　　　　　　　　　ben@sweetlawpc.com
　　　　　　　　　　　　　　　　　　　**THE SWEET LAW FIRM, P.C.**
　　　　　　　　　　　　　　　　　　　186 Mohawk Drive
　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15228
　　　　　　　　　　　　　　　　　　　Phone: (412) 742-0631

　　　　　　　　　　　　　　　　　　　Jonathan D. Miller (*Admission Pending*)
　　　　　　　　　　　　　　　　　　　jonathan@nshmlaw.com
　　　　　　　　　　　　　　　　　　　Alison M. Bernal (*To be admitted Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　　alison@nshmlaw.com
　　　　　　　　　　　　　　　　　　　**NYE, STIRLING, HALE & MILLER, LLP**
　　　　　　　　　　　　　　　　　　　33 W. Mission Street, Suite 201
　　　　　　　　　　　　　　　　　　　Santa Barbara, CA 93101
　　　　　　　　　　　　　　　　　　　Phone: (805) 963-2345

　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs, Demieli Wright*
　　　　　　　　　　　　　　　　　　　*and Karen Clark*