IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANNE WEST, TOM BROWN,<br><br>        Plaintiffs,<br><br>  v.<br><br>DOCUSIGN, INC.,<br><br>        Defendant. | Civil Action No. 2:19-cv-0501-AJS<br><br>LEAD CASE |
| KAREN CLARK and TERA DONAHUE,<br><br>        Plaintiffs,<br><br>  v.<br><br>PROPERTYROOM.COM, INC., and DOES 1-5,<br><br>        Defendant. | Civil Action No. 1:19-cv-00138-AJS<br><br>MEMBER CASE<br><br>*Electronically Filed* |

**NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)**

1. Whereas Plaintiffs Karen Clark and Tera Donahue filed the above-referenced case against Defendant Propertyroom.com, Inc. on May 6, 2019.

2. Whereas the complaint in the above-referenced case alleges violations of the Americans with Disabilities Act with respect to websites owned, operated, or controlled by Defendant.

3. Whereas Defendant has not yet answered or otherwise appeared in this action, and thus dismissal is appropriate without court order, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i).

2

4. Accordingly, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiffs seek voluntary dismissal of the Complaint against Propertyroom.com, Inc.

Dated:  May 28, 2019 Respectfully Submitted,
*/s/ Benjamin J. Sweet*
Benjamin J. Sweet, SBN 87338
**THE SWEET LAW FIRM, PC**
186 Mohawk Drive
Pittsburgh, Pennsylvania 15228
Phone: 412-742-0631
ben@sweetlawpc.com