IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANNE WEST, TOM BROWN,<br><br>         Plaintiffs,<br><br>    v.<br><br>DOCUSIGN, INC.,<br><br>         Defendant. | Civil Action No. 2:19-cv-0501-AJS<br><br><br>LEAD CASE |
| KAREN CLARK,<br><br>         Plaintiff,<br><br>    v.<br><br>INTERNATIONAL GREENHOUSE<br>CONTRACTORS, INC., d/b/a GREENHOUSE<br>MEGASTORE,<br>         Defendants. | Civil Action No. 2:19-cv-00139-AJS<br><br><br>MEMBER CASE<br><br><br>*Electronically Filed* |

**STIPULATION FOR EXTENSION TO RESPOND TO PLAINTIFF'S COMPLAINT**

IT IS HEREBY STIPULATED AND CONSENTED by and between the undersigned counsel for the Parties that the date by which Defendant, INTERNATIONAL GREENHOUSE CONTRACTORS, INC., d/b/a GREENHOUSE MEGASTORE must answer, move, or otherwise respond to Plaintiff's Complaint is hereby extended to July 1, 2019.

Dated:  May 28, 2019

By: _/s/Jenna M. Decker_

Jenna M. Decker
JACKSON LEWIS, P.C.
1001 Liberty Avenue
Pittsburgh, PA 15222
Telephone: (412) 338-5164

*Counsel for Defendant*

Dated:  May 28, 2019

By: _/s/Benjamin J. Sweet_

Benjamin J. Sweet
THE SWEET LAW FIRM, P.C.
186 Mohawk Drive
Pittsburgh, PA  15228
Telephone: (412) 742-0631

*Counsel for Plaintiffs*

**IT IS SO ORDERED:**


Dated: _____          _____
                               HONORABLE ARTHUR J. SCHWAB
                               U.S. DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on May 28, 2019, I electronically filed the foregoing document with

the Clerk of Court for the United States District Court for the Western District of Pennsylvania

using the CM/ECF system, which will send notification of such filing to all counsel of record.


_/s/ Benjamin J. Sweet_
Benjamin J. Sweet