IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANNE WEST, TOM BROWN,<br><br>             Plaintiffs,<br><br>      v.<br><br>DOCUSIGN, INC.,<br><br>                   Defendant. | Civil Action No. 2:19-cv-0501-AJS<br><br><br>LEAD CASE |
| ANTOINETTE SUCHENKO and TOM BROWN,<br><br>             Plaintiffs,<br><br>      v.<br><br>IGLOO PRODUCTS CORP.,<br><br>                   Defendant. | Civil Action No. 2:19-cv-00529-AJS<br><br><br>MEMBER CASE<br><br><br>*Electronically Filed* |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiffs Antoinette Suchenko and Tom Brown, by and through their undersigned counsel, and hereby advise this Honorable Court they have reached an agreement in principle with Defendant Igloo Products Corp. The parties are in the process of finalizing a consent decree which will be filed within thirty (30) days.

Dated:  May 29, 2019

                                        By:   */s/ Benjamin J. Sweet*          
                                        Benjamin J. Sweet
                                        **THE SWEET LAW FIRM, P.C.**
                                        186 Mohawk Drive
                                        Pittsburgh, PA  15228
                                        Telephone: (412) 742-0631

                                        *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I certify that on the 29th of May, 2019, the foregoing document was electronically filed through the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

*   /s/ Benjamin J. Sweet*
Benjamin J .Sweet, Esq.