IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANNE WEST, TOM BROWN,<br><br>   Plaintiffs,<br><br> v.<br><br>DOCUSIGN, INC.,<br><br>   Defendant. | Civil Action No. 2:19-cv-0501-AJS<br><br><br>LEAD CASE |
| KAREN CLARK,<br><br>   Plaintiffs,<br><br> v.<br><br>FOREVER YOUNG APPAREL, and DOES 1-5,<br><br>   Defendant. | Civil Action No. 1:19-cv-00127-AJS<br><br><br>MEMBER CASE<br><br><br>*Electronically Filed* |

## NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)

 1. Whereas Plaintiff Karen Clark filed the above-referenced case against Defendant Forever Young Apparel on May 1, 2019.

 2. Whereas the complaint in the above-referenced case alleges violations of the Americans with Disabilities Act with respect to websites owned, operated, or controlled by Defendant.

 3. Whereas Defendant has not yet answered or otherwise appeared in this action, and thus dismissal is appropriate without court order, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i).

2

4. Accordingly, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff seeks voluntary dismissal of the Complaint against Defendant Forever Young Apparel.

Dated:  May 29, 2019                                    Respectfully Submitted,
                                                        */s/ Benjamin J. Sweet*
                                                        Benjamin J. Sweet, SBN 87338
                                                        **THE SWEET LAW FIRM, PC**
                                                        186 Mohawk Drive
                                                        Pittsburgh, Pennsylvania 15228
                                                        Phone: 412-742-0631
                                                        ben@sweetlawpc.com