IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANNE WEST, TOM BROWN,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>DOCUSIGN, INC.,<br><br>　　　　　Defendant. | Civil Action No. 2:19-cv-0501-AJS<br><br><br>LEAD CASE |
| TOM BROWN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PELICAN PRODUCTS, INC.<br><br>　　　　　Defendant. | Civil Action No. 2:19-CV-00530-AJS<br><br><br>MEMBER CASE<br><br><br>*Electronically Filed* |

## NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)

1.　Whereas Plaintiff Tom Brown filed the above-referenced case against Defendant Pelican Products, Inc. on May 7, 2019.

2.　Whereas the complaint in the above-referenced case alleges violations of the Americans with Disabilities Act with respect to websites owned, operated, or controlled by Defendant.

3.　Whereas Defendant has not yet answered or otherwise appeared in this action, and thus dismissal is appropriate without court order, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i).

4. Accordingly, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff seeks voluntary dismissal of the Complaint against Defendant Pelican Products, Inc.

Dated:  May 31, 2019                                                   Respectfully Submitted,

*/s/ Benjamin J. Sweet*
Benjamin J. Sweet, SBN 87338
**THE SWEET LAW FIRM, PC**
186 Mohawk Drive
Pittsburgh, Pennsylvania 15228
Phone: 412-742-0631
ben@sweetlawpc.com

*Attorneys for Plaintiff Tom Brown*