IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANNE WEST, TOM BROWN,<br><br>Plaintiffs,<br>v.<br>DOCUSIGN, INC.,<br><br>Defendant. | Civil Action No. 2:19-cv-0501-AJS<br><br>LEAD CASE |
| KAREN CLARK and TERA DONAHUE,<br><br>Plaintiffs,<br>v.<br>GOOD AMERICAN, INC.<br><br>Defendant. | Civil Action No. 1:19-cv-00132-AJS<br><br>MEMBER CASE<br><br>*Electronically Filed* |

**REQUEST TO CLERK TO ENTER DEFAULT**

TO: THE CLERK OF THE ABOVE-ENTITLED COURT:

Plaintiffs Karen Clark and Tera Donahue ("Plaintiffs") hereby request that the Clerk of the above-entitled Court enter default in this matter against Defendant Good American, Inc. on the ground that Defendant has failed to appear or otherwise respond to the complaint within the time prescribed by F.R.C.P. Plaintiffs served the complaint on Defendant on May 13, 2019, evidenced by the proof of service of summons on file with this Court. [Dkt. 59.]

The above stated facts are set forth in the accompanying declaration of Benjamin Sweet, filed herewith.

Dated: June 17, 2019

Respectfully Submitted,
*/s/ Benjamin J. Sweet*
Benjamin J. Sweet
ben@sweetlawpc.com
**THE SWEET LAW FIRM, P.C.**
186 Mohawk Drive
Pittsburgh, PA 15228
Phone: (412) 742-0631

Jonathan D. Miller
jonathan@nshmlaw.com
**NYE, STIRLING, HALE & MILLER, LLP**
33 W. Mission Street, Suite 201
Santa Barbara, CA 93101
Phone: (805) 963-2345

*Counsel for Plaintiffs Karen Clark and Tera Donahue*

CLERK'S ENTRY OF DEFAULT
DATE: June 18, 20 19
_____ /by _Keith Anderson_
JOSHUA C. LEWIS, CLERK