## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANNE WEST and TOM BROWN,<br><br>Plaintiffs,<br><br>vs.<br><br>DOCUSIGN, INC.,<br><br>Defendant. | *ELECTRONICALLY FILED*<br><br>CIVIL DIVISION<br><br>Civil Action No. 2:19-cv-00501-AJS<br><br>LEAD CASE<br><br>Judge Arthur J. Schwab |

### DEFENDANT DOCUSIGN, INC.'S

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant DocuSign, Inc. certifies that it has no parent corporation and no publicly-held corporation owns 10 percent or more of its stock.

Dated: June 27, 2019

Respectfully submitted,

/s/Elizabeth S. Minoofar
Elizabeth S. Minoofar
Admitted *Pro Hac Vice*
elizabethminoofar@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, Twenty-Fifth Floor
Los Angeles, CA 90071
Tel: (213) 683.6000
Fax: (213) 627.0705

*Attorneys for DocuSign, Inc.*

LEGAL_US_W # 98980824.3

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendant's Rule 7.1 Corporate Disclosure Statement was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Benjamin Sweet
THE SWEET LAW FIRM, P.C.
186 Mohawk Drive
Pittsburgh, PA 15228
(412) 742-0631

                         /s/Elizabeth S. Minoofar
                         Elizabeth S. Minoofar