IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANNE WEST, TOM BROWN,<br><br>                    Plaintiffs,<br><br>         v.<br><br>DOCUSIGN, INC.,<br><br>                    Defendant. | Civil Action No. 2:19-cv-0501-AJS<br><br><br>LEAD CASE |
| ANTOINETTE SUCHENKO and TOM BROWN,<br><br>                    Plaintiffs,<br><br>         v.<br><br>NUTS.COM, INC. and DOES 1-5<br><br>                    Defendant. | Civil Action No. 2:19-cv-00513-AJS<br><br><br>MEMBER CASE<br><br><br>*Electronically Filed* |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiffs Antoinette Suchenko and Tom Brown, by and through their undersigned counsel, and hereby advise this Honorable Court they have reached an agreement in principle with Defendant Nuts.com, Inc., in the above captioned matter. The parties are finalizing settlement documents and expect to file dismissal papers within thirty (30) days.

Dated:  July 3, 2019

By:   */s/ Benjamin J. Sweet*
Benjamin J. Sweet
**THE SWEET LAW FIRM, P.C.**
186 Mohawk Drive
Pittsburgh, PA  15228
Telephone: (412) 742-0631
*Counsel for Plaintiffs*

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on the 3rd day of July, 2019, the foregoing document was electronically filed

through the Court's CM/ECF system, which will send notification of such filing to all counsel of

record.

   _/s/ Benjamin J. Sweet_____
Benjamin J .Sweet, Esq.