IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANNE WEST, TOM BROWN,<br><br>        Plaintiffs,<br><br>  v.<br><br>DOCUSIGN, INC.,<br><br>        Defendant. | Civil Action No. 2:19-cv-0501-AJS<br><br><br>LEAD CASE |
| ANTOINETTE SUCHENKO and TOM BROWN,<br><br>        Plaintiffs,<br><br>  v.<br><br>SIMPLISAFE, INC.,<br><br>        Defendant. | Civil Action No. 2:19-cv-0516<br><br><br>MEMBER CASE<br><br><br>*Electronically Filed* |

## NOTICE OF SETTLEMENT

    COMES NOW Plaintiffs Antoinette Suchenko and Tom Brown, by and through their undersigned counsel, and hereby advise this Honorable Court they have reached an agreement in principle with Defendant Simplisafe, Inc. The parties are finalizing settlement and dismissal documents and expect to file the dismissal papers within thirty (30) days.

Dated: July 8, 2019

                                          By:   */s/ Benjamin J. Sweet*
                                          Benjamin J. Sweet
                                          **THE SWEET LAW FIRM, P.C.**
                                          186 Mohawk Drive
                                          Pittsburgh, PA  15228
                                          Telephone: (412) 742-0631

                                          *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on the 8th of July, 2019, the foregoing document was electronically filed through the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

                                                  */s/ Benjamin J. Sweet*
                                                  Benjamin J .Sweet, Esq.