IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANNE WEST, TOM BROWN,<br>    Plaintiffs,<br>v.<br><br>DOCUSIGN, INC.,<br>    Defendant. | : Civil Action No. 2:19-cv-0501-AJS<br>:<br>:<br>: LEAD CASE<br>:<br>:<br>:<br>:<br>: |
| KAREN CLARK,<br>    Plaintiff,<br>v.<br><br>ALIBRIS, INC., and DOES 1-5,<br>    Defendants. | : Civil Action No. 1:19-cv-00135-AJS<br>:<br>:<br>: MEMBER CASE<br>:<br>:<br>: Electronically Filed<br>: |

**NOTICE OF SERVICE OF DEFENDANT'S RULE 68 OFFER OF JUDGMENT**

PLEASE TAKE NOTICE that on the 11th day of July, 2019, an Offer of Judgment was forwarded to Plaintiff's counsel of record, via U.S. Mail, postage prepaid, and Email addressed as below:

>   Benjamin J. Sweet, Esquire
>   The Sweet Law Firm, PC
>   186 Mohawk Drive
>   Pittsburgh, PA 15228
>   ben@sweetlawpc.com

Dated: July 11, 2019

Respectfully submitted,

PION, NERONE, GIRMAN, WINSLOW & SMITH, P.C.

By: /s/John T. Pion, Esquire
    John T. Pion, Esquire
    jpion@pionlaw.com
    Todd R. Brown, Esquire
    tbrown@pionlaw.com
    1500 One Gateway Center
    420 Ft. Duquesne Blvd.
    Pittsburgh, PA  15222
    412-281-2288
    Attorneys for Defendant Alibris, Inc.

1

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on July 11, 2019, a copy of the foregoing Notice of Service of Defendant's Rule 68 Offer of Judgment was electronically served *via the Court's CM-ECF service and via email* to the following counsel of record:

Benjamin J. Sweet, Esquire
The Sweet Law Firm, PC
186 Mohawk Drive
Pittsburgh, PA 15228
ben@sweetlawpc.com
(Attorney for Plaintiff)

PION, NERONE, GIRMAN,
WINSLOW & SMITH, P.C.


By:  /s/ John T. Pion, Esquire
     John T. Pion, Esquire
     Pa. I.D. No. 43675

420 Ft. Duquesne Blvd.
1500 One Gateway Center
Pittsburgh, PA 15222
(412) 281-2288 (telephone)
(412) 281-3388 (facsimile)
jpion@pionlaw.com