IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANNE WEST, TOM BROWN, <br><br> Plaintiffs, <br> v. <br> DOCUSIGN, INC., <br><br> Defendant. | Civil Action No. 2:19-cv-0501-AJS <br><br> LEAD CASE |
| KAREN CLARK, <br><br> Plaintiff, <br> v. <br> FRAGRANCENET.COM, INC. and DOES, 1-5, <br><br> Defendants. | Civil Action No. 1:19-cv-0136-AJS <br><br> MEMBER CASE <br><br> *Electronically Filed* |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff Karen Clark, by and through her undersigned counsel, and hereby advises this Honorable Court she has reached an agreement in principle with Defendant FragranceNet.Com, Inc. The parties are finalizing settlement and dismissal documents and expect to file the dismissal papers within thirty (30) days.

Dated: July 16, 2019

By: */s/ Jonathan D. Miller*
Jonathan D. Miller, Esq.
**NYE, STIRLING, HALE & MILLER, LLP**
33 West Mission Street, Suite 201
Santa Barbara, CA 93101
Telephone: (805) 963-2345
*Counsel for Plaintiff*

1980961v1

## CERTIFICATE OF SERVICE

I certify that on the 16th day of July, 2019, the foregoing document was electronically file through the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

                                                /s/ Jonathan D. Miller, Esq.
                                                Jonathan D. Miller, Esq.