IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANNE WEST, TOM BROWN,<br><br>                    Plaintiffs,<br><br>     v.<br><br>DOCUSIGN, INC.,<br><br>                    Defendant. | Civil Action No. 2:19-cv-0501-AJS<br><br><br>LEAD CASE |
| KAREN CLARK,<br><br>                    Plaintiff,<br><br>     v.<br><br>SHOPRUNNER, INC.,<br><br>                    Defendant. | Civil Action No. 1:19-cv-129-AJS<br><br><br>MEMBER CASE<br><br><br>*Electronically Filed* |

**STIPULATION FOR DISMISSAL**

COMES NOW Plaintiff Karen Clark and Defendant Shoprunner, Inc., by and through their undersigned counsel, pursuant to F.R.C.P. 41(a)(1)(A)(II), and stipulate to the following:

1. This action shall be dismissed, with prejudice, as between Plaintiff Karen Clark and Defendant Shoprunner, Inc.

2. Each party shall bear their own costs and fees, including attorneys' fees.

Dated:  August 1, 2019

| | |
|---|---|
| THE SWEET LAW FIRM, P.C.<br>By:   */s/ Benjamin J. Sweet*<br>Benjamin J .Sweet, Esq.<br>186 Mohawk Drive<br>Pittsburgh, PA 15228<br>Telephone: (412) 742-0631<br><br>*Attorneys for Plaintiff* | MORGAN, LEWIS & BOCKIUS, LLP<br>By:   */s/ Beth S. Joseph*<br>Beth S. Joseph, Esq.<br>200 S. Biscayne Blvd., Suite 5300<br>Miami, FL 33131<br>T: (305) 415-3308<br><br>*Attorneys for Defendant Shoprunner, Inc.* |

## **CERTIFICATE OF SERVICE**

I certify that on the 1st day of August, 2019, the foregoing document was electronically filed through the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

                                        */s/ Benjamin J. Sweet*
                                        Benjamin J .Sweet, Esq.