IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANNE WEST, TOM BROWN,<br><br>               Plaintiffs,<br><br>     v.<br><br>DOCUSIGN, INC.,<br><br>               Defendant. | Civil Action No. 2:19-cv-0501-AJS<br><br><br>LEAD CASE |
| KAREN CLARK,<br><br>               Plaintiff,<br><br>     v.<br><br>FRAGRANCENET.COM, INC. and<br>DOES 1-5<br>               Defendant. | Civil Action No. 1: 19-cv-0136-AJS<br><br><br>MEMBER CASE<br><br><br>*Electronically Filed* |

**STIPULATION FOR DISMISSAL PURSUANT TO 41(a)(1)(A)(ii)**

Plaintiff, KAREN CLARK, and Defendant, FRAGRANCENET.COM, INC., by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate that:

1.     This action shall be DISMISSED, with prejudice, in its entirety. The dismissal shall include all claims as between KAREN CLARK and FRAGRANCENET.COM, INC. its predecessors, successors, affiliates, assigns and additional Released Parties as identified in the parties' settlement agreement;

2.     Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

*Signatures on following page.*

Dated: August 9, 2019

Respectfully Submitted,             Respectfully Submitted,

*/s/ Benjamin Sweet*              /s/ *Terese L. Arenth*
Benjamin J. Sweet                     Terese L. Arenth, Esq.
**THE SWEET LAW FIRM, P.C.**      **MORITT HOCK & HAMROFF LLP**
186 Mohawk Drive                      400 Garden City Plaza, Suite 202
Pittsburgh, PA 15228                Garden City, New York 11530
Phone: (412) 742-0631               Telephone: (516) 873-2000
ben@sweetlawpc.com                 tarenth@moritthock.com

*Attorneys for Plaintiff*              *Attorneys for Defendant*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that this document, filed with the Clerk's Office through the Court's CM/ECF system, will be sent electronically to the registered participants as identified on the notification of electronic filing (NEF) and paper copies will be sent those indicated as non-registered participants on August 9, 2019.

*/s/ Benjamin J. Sweet*
Benjamin J. Sweet