IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANNE WEST, TOM BROWN,<br><br>               Plaintiffs,<br><br>   v.<br><br>DOCUSIGN, INC.,<br><br>              Defendant. | Civil Action No. 2:19-cv-0501-AJS<br><br><br>LEAD CASE |
| KAREN CLARK,<br><br>               Plaintiffs,<br><br>   v.<br><br>123STORES, INC.,<br><br>              Defendant. | Civil Action No. 1:19-cv-00128<br><br><br>MEMBER CASE<br><br><br>*Electronically Filed* |

## **NOTICE OF SETTLEMENT**

COMES NOW Plaintiff Karen Clark, by and through her undersigned counsel, and hereby advises this Honorable Court she has reached an agreement in principle with Defendant 123Stores, Inc. The parties are finalizing settlement and dismissal documents and expect to file the dismissal papers within thirty (30) days.

Dated: August 12, 2019           THE SWEET LAW FIRM, P.C.

By:    */s/ Benjamin J. Sweet*
Benjamin J .Sweet, Esq.
1145 Bower Hill Road, Suite 104
Pittsburgh, Pennsylvania 15243
Telephone: 412-857-5350

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that on the 12th day of August, 2019, the foregoing document was electronically filed through the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

   */s/ Benjamin J. Sweet*
Benjamin J .Sweet, Esq.