IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANNE WEST, TOM BROWN,<br><br>               Plaintiffs,<br><br>v.<br><br>DOCUSIGN, INC.,<br><br>               Defendant. | Civil Action No. 2:19-cv-0501-AJS<br><br><br>LEAD CASE |
| KAREN CLARK,<br><br>               Plaintiff,<br><br>v.<br><br>INTERNATIONAL GREENHOUSE CONTRACTORS, INC., d/b/a GREENHOUSE MEGASTORE,<br>               Defendants. | Civil Action No. 2:19-cv-00139-AJS<br><br><br>MEMBER CASE<br><br><br>*Electronically Filed* |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff Karen Clark, by and through her undersigned counsel, and hereby advises this Honorable Court she has reached an agreement in principle with Defendant International Greenhouse Contractors, Inc. d/b/a Greenhouse Megastore. The parties are finalizing settlement and dismissal documents and expect to file the dismissal papers within thirty (30) days.

Dated: August 12, 2019                THE SWEET LAW FIRM, P.C.

                                                By:   */s/ Benjamin J. Sweet*
                                                Benjamin J. Sweet, Esq.
                                                1145 Bower Hill Road, Suite 104
                                                Pittsburgh, Pennsylvania 15243
                                                Telephone: 412-857-5350

                                                *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on the 12th day of August, 2019, the foregoing document was electronically filed through the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

                                                */s/ Benjamin J. Sweet*
                                                Benjamin J .Sweet, Esq.