IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANNE WEST and TOM BROWN,<br><br>Plaintiffs,<br><br>v.<br><br>DOCUSIGN, INC.,<br><br>Defendant. | Civil Action No. 2:19-cv-0501-AJS<br><br><br>LEAD CASE |
| ANTOINETTE SUCHENKO, TOM BROWN,<br><br>Plaintiffs,<br><br>v.<br><br>PLOW & HEARTH, LLC<br><br>Defendant. | Civil Action No. 2:19-cv-00508-AJS<br><br><br>MEMBER CASE<br><br><br>*Electronically Filed* |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiffs Antoinette Suchenko and Tom Brown, by and through their undersigned counsel, and hereby advise this Honorable Court they have reached an agreement in principle with Defendant Plow & Hearth, LLC. The parties are finalizing settlement and dismissal documents and expect to file the dismissal papers within thirty (30) days.

| | |
|---|---|
| Dated: August 15, 2019 | THE SWEET LAW FIRM, P.C.<br><br>By:  */s/ Benjamin J. Sweet*  <br>Benjamin J. Sweet, Esq.<br>1145 Bower Hill Road, Suite 104<br>Pittsburgh, Pennsylvania 15243<br>Telephone: 412-857-5350<br><br>*Attorneys for Plaintiff* |

## **CERTIFICATE OF SERVICE**

I certify that on the 15th day of August, 2019, the foregoing document was electronically filed through the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

                                           */s/ Benjamin J. Sweet*
                                           Benjamin J .Sweet, Esq.