IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANNE WEST, TOM BROWN,<br><br>　　　　　　　Plaintiffs,<br>　v.<br><br>DOCUSIGN, INC.,<br><br>　　　　　　　Defendant. | Civil Action No. 2:19-cv-0501-AJS<br><br>LEAD CASE |

**NOTICE OF SETTLEMENT**

　　　Plaintiffs Anne West and Tom Brown, by and through their undersigned counsel, hereby advise the Court that they have reached an agreement in principle with Defendant Docusign, Inc. in the above-captioned matter. The parties are finalizing settlement and dismissal documents and expect to file the dismissal papers within thirty (30) days.

Dated: August 19, 2019　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　**THE SWEET LAW FIRM, P.C.**

　　　　　　　　　　　　　　　　By:　*/s/ Benjamin J. Sweet*
　　　　　　　　　　　　　　　　Benjamin J. Sweet
　　　　　　　　　　　　　　　　1145 Bower Hill Road, Suite 104
　　　　　　　　　　　　　　　　Pittsburgh, Pennsylvania 15243
　　　　　　　　　　　　　　　　Telephone: (412) 742-0631

　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that on the 19th day of August, 2019, the foregoing document was electronically filed through the Court's CM/ECF system, which caused the parties or counsel who have appeared in the case to be served by electronic means.

By: */s/ Benjamin J. Sweet*
Benjamin J. Sweet