IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANNE WEST, TOM BROWN,<br><br>    Plaintiffs,<br><br>v.<br><br>DOCUSIGN, INC.,<br><br>    Defendant. | Civil Action No. 2:19-cv-0501-AJS<br><br><br>LEAD CASE |
| KAREN CLARK,<br><br>    Plaintiff,<br><br>v.<br><br>ALIBRIS, INC., and DOES 1-5,<br><br>    Defendant. | Civil Action No. 1:19-cv-00135-AJS<br><br>MEMBER CASE<br><br><br>*Electronically Filed* |

## NOTICE OF SETTLEMENT

Karen Clark, by and through her undersigned counsel, hereby advises this Honorable Court she has reached an agreement in principle with Defendant Alibris, Inc. The parties are finalizing settlement and dismissal documents and expect to file the dismissal papers within thirty (30) days.

Dated: August 23, 2019    THE SWEET LAW FIRM, P.C.

              By: */s/ Benjamin J. Sweet*
              Benjamin J. Sweet, Esq.
              1145 Bower Hill Road, Suite 104
              Pittsburgh, Pennsylvania 15243
              Telephone: 412-857-5350

              *Attorneys for Plaintiff*

- 2 -

## CERTIFICATE OF SERVICE

I certify that on the 23rd day of August, 2019, the foregoing document was electronically filed through the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

                                                   */s/ Benjamin J. Sweet*
                                                   Benjamin J .Sweet, Esq.