IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANNE WEST, TOM BROWN,<br><br>Plaintiffs,<br><br>v.<br><br>DOCUSIGN, INC.,<br><br>Defendant. | Civil Action No. 2:19-cv-0501-AJS<br><br><br>LEAD CASE |
| ARNOLD VARGAS and TOM BROWN,<br><br>Plaintiffs,<br><br>v.<br><br>AJ MADISON, INC.,<br><br>Defendant. | Civil Action No. 2:19-cv-00507-AJS<br><br><br>MEMBER CASE<br><br><br>*Electronically Filed* |

## NOTICE OF SETTLEMENT

Plaintiffs Arnold Vargas and Tom Brown, by and through their undersigned counsel, hereby advise this Honorable Court they have reached an agreement in principle with Defendant AJ Madison, Inc. The parties are finalizing settlement and dismissal documents and expect to file the dismissal papers within thirty (30) days.

Dated: August 26, 2019
THE SWEET LAW FIRM, P.C.

By:   */s/ Benjamin J. Sweet*
Benjamin J .Sweet, Esq.
1145 Bower Hill Road, Suite 104
Pittsburgh, Pennsylvania 15243
Telephone: 412-857-5350

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on the 26th day of August, 2019, the foregoing document was electronically filed through the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

                                                      /s/ Benjamin J. Sweet  
                                                      Benjamin J .Sweet, Esq.