IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANNE WEST, TOM BROWN,<br><br>    Plaintiffs,<br>  v.<br>DOCUSIGN, INC.,<br><br>    Defendant. | Civil Action No. 2:19-cv-0501-AJS<br><br>LEAD CASE |

## STATUS REPORT

An Initial Case Management Conference is scheduled for September 19, 2019. Plaintiffs submit this updated Status Report in advance of the upcoming Conference.

The following matters are resolved and terminated:

| Case Name | Termination Date |
|---|---|
| *Tom Brown v. American Eagle Outfitters, Inc., d/b/a Todd Snyder*<br>Member Case No. 2:19-cv-00515 | 05/20/2019 |
| *Demieli Wright and Karen Clark v. Paragon Apparel*<br>Member Case No. 1:19-cv-00126 | 05/20/2019 |
| *Karen Clark and Tera Donahue v. Propertyroom.com, Inc.*<br>Member Case No. 1:19-cv-00138 | 05/29/2019 |
| *Antoinette Suchenko and Tom Brown v. Igloo Products, Corp.*<br>Member Case No. 2:19-cv-00529 | 05/30/2019 |
| *Karen Clark v. Forever Young Apparel*<br>Member Case No. 1:19-cv-00127 | 05/29/2019 |
| *Tom Brown v. Pelican Products, Inc.*<br>Member Case No. 2:19-CV-00530 | 06/03/2019 |
| *Arnold Vargas & Tom Brown v. AJ Madison, Inc.*<br>Member Case No. 2:19-cv-00507 | 06/19/2019 |
| *Antoinette Suchenko and Tom Brown v. Nuts.com, Inc.*<br>Member Case No. 2:19-cv-00513 | 07/08/2019 |

| | |
|---|---|
| *Antoinette Suchenko and Tom Brown v. Simplisafe, Inc.*<br>Member Case No. 2:19-cv-0516 | 07/08/2019 |
| *Karen Clark v. Fragrancenet.com, Inc.*<br>Member Case No. 1: 19-cv-0136 | 07/16/2019 |
| *Karen Clark and Tera Donahue v. Good American, Inc.*<br>Member Case No. No. 1:19-cv-00132 | 07/25/2019 |
| *Karen Clark v. Shoprunner, Inc.*<br>Member Case No. 1:19-cv-129 | 08/01/2019 |
| *Karen Clark v. International Greenhouse Contractors, Inc., d/b/a Greenhouse Megastore*<br>Member Case No. 2:19-cv-00139 | 8/13/19 |
| *Karen Clark v. 123 Stores, Inc.*<br>Member Case No. 1:19-cv-00128 | 08/13/2019 |
| *Antoinette Suchenko and Tom Brown v. Plow & Hearth*<br>Member Case No. 2:19-cv-00508 | 08/15/2019 |
| *Anne West and Tom Brown v. DocuSign, Inc.*<br>Lead Case No. 2:19-cv-00501 | 08/20/2019 |
| *Karen Clark v. Alibris, Inc.*<br>Member Case No. 1:19-cv-00135 | 08/26/2019 |

The Clerk for the United States District Court for the Western District of Pennsylvania has entered default against defendants in the following matters:

| Case Name | Entry Date |
|---|---|
| *Arnold Vargas and Tom Brown v. AJ Madison, Inc.*<br>Member Case No. 2:19-cv-00507 | 06/19/2019<br>*Notice of Settlement filed on 08/26/2019 |
| *Karen Clark and Tera Donahue v. Good American, Inc.*<br>Member Case No. No. 1:19-cv-00132 | 06/19/2019 |

The following matters are active and pending in United States District Court for the Western District of Pennsylvania.

| Case Name | Current Status |
|---|---|
| *Tom Brown v. Affinity Gaming* <br> Member Case No. | Defendant's Answer was filed on 08/26/2019. Plaintiff filed a Rule 26 Report on 08/26/2019, after unsuccessful attempts to hold a Rule 26 conference with defense counsel. Parties are engaged in settlement negotiations. |
| *Karen Clark and Sofia Montano v. Clara Canyon, LLC d/b/a Canyon Coolers* <br> Member Case No. 1:19-cv-00140 | Plaintiffs have been diligently attempting service but have been unable to personally serve Defendant in this matter. The summons and complaint were served by mail on 07/20/19 and Plaintiffs are awaiting a response. |
| *Karen Clark and Sofia Montano v. Trinaturk.com, LT2, Inc.* <br> Member Case No. 1:19-cv-00137 | A Notice of Settlement was filed on 08/26/2019. |

Dated: August 26, 2019          Respectfully Submitted,

                                        **THE SWEET LAW FIRM, P.C.**

                                        By:    */s/ Benjamin J. Sweet*
                                        Benjamin J. Sweet
                                        1145 Bower Hill Road, Suite 104
                                        Pittsburgh, Pennsylvania 15243
                                        Telephone: (412) 742-0631

                                        *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that on the 26th day of August, 2019, the foregoing document was electronically filed through the Court's CM/ECF system, which caused the parties or counsel who have appeared in the case to be served by electronic means.

By: <u>*/s/ Benjamin J. Sweet*</u>
Benjamin J. Sweet