IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANNE WEST and TOM BROWN,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>DOCUSIGN, INC.,<br><br>　　Defendant. | LEAD CASE<br><br>Case No.: 2:19-cv-00501-AJS |
| TOM BROWN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>AFFINITY GAMING,<br><br>　　　　　　Defendant. | CONSOLIDATED CASE<br><br>Case No. 2:19-cv-00502-AJS |

**STIPULATION TO HOLD RULE 26(f) MEET AND CONFER CONFERENCE VIA VIDEO CONFERENCING**

Plaintiff Tom Brown and Defendant Affinity Gaming, by and through their respective undersigned counsel, hereby agree that, on or before September 6, 2019, their respective counsel shall conduct a meet and confer conference, pursuant to Fed. R. Civ. P. 26(f), in the above captioned matter via video conferencing.

Dated: August 27, 2019

Respectfully submitted,　　　　　　　　　　　Respectfully submitted,

**THE SWEET LAW FIRM. P.C.**　　　　　　　　**DENTONS US LLP**

/s/ Benjamin Sweet　　　　　　　.　　　　　　/s/ Timothy J. Straub　　　　　.
Benjamin J. Sweet　　　　　　　　　　　　　　Timothy J. Straub (Admitted Pro Hac Vice)

113093430

| | |
|---|---|
| ben@sweetlawpc.com<br>186 Mohawk Drive<br>Pittsburgh, PA 15228<br>Phone: (412) 742-0631 | timothy.straub@dentons.com<br>1221 Avenue of the Americas,<br>New York, New York 10020-1001<br>Tel. (212) 768-6700<br>Fax (2120 768-6800 |
| **NYE, STIRLING, HALE & MILLER, LLP**<br><br>Jonathan D. Miller<br>jonathan@nshmlaw.com<br>Clark T. Stirling (To be admitted Pro Hac Vice)<br>clark@nshmlaw.com<br>33 W. Mission Street, Suite 201<br>Santa Barbara, CA 93101<br>Phone: (805) 963-2345<br><br>*Attorneys for Plaintiff, Tom Brown* | **COHEN & GRIGSBY, P.C.**<br><br>Alex M. Lacey (PA I.D. 313538)<br>alacey@cohenlaw.com<br>625 Liberty Avenue<br>Pittsburgh, PA 15222-3152<br>Tel: (412) 297-4900<br>Fax: (412) 209-0672<br><br><br>*Counsel for Defendant, Affinity Gaming* |

                                                      IT IS SO ORDERED.

Dated: 

                                                      Hon. Arthur J. Schwab<br>                                                      United States District Judge