IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANNE WEST and TOM BROWN,<br><br>            Plaintiffs,<br>    vs.<br><br>DOCUSIGN, INC.,<br><br>            Defendant. | LEAD CASE<br><br>Case No.: 2:19-cv-00501-AJS |
| TOM BROWN,<br><br>            Plaintiff,<br>    vs.<br><br>AFFINITY GAMING,<br><br>            Defendant. | MEMBER CASE<br><br>Case No. 2:19-cv-00502-AJS |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Tom Brown, and Defendant, Affinity Gaming, hereby stipulate and request that this Court dismiss with prejudice Plaintiff's member action, Case No.: 2:19-cv-00502-AJS, against Defendant Affinity Gaming, without an award or issuance by this Court to either party for its fees, costs and/or attorneys' expenses.

Dated: September 17, 2019:                    Respectfully submitted,

| | |
|---|---|
| */s/ Benjamin J. Sweet*<br>Benjamin J. Sweet<br>THE SWEET LAW FIRM<br>1145 Bower Hill Road, Suite 104<br>Pittsburgh, PA 15243<br>Telephone:  (412) 857-5350<br>ben@sweetlawpc.com<br><br>*Attorneys for Plaintiff* | */s/ Timothy J. Straub*<br>Timothy J. Straub, Esq.<br>DENTONS US LLP<br>1221 Avenue of the Americas<br>New York, NY 10020-1089<br>Telephone:  (212) 768-6821<br>timothy.straub@dentons.com<br><br>*Attorneys for Defendant Affinity Gaming* |