IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANNE WEST and TOM BROWN,<br><br>            Plaintiffs,<br>    vs.<br><br>DOCUSIGN, INC.,<br><br>            Defendant. | LEAD CASE<br><br>Case No.: 2:19-cv-00501-AJS |
| KAREN CLARK and SOFIA MONTANO,<br><br>            Plaintiffs,<br>    vs.<br><br>CLARA CANYON, LLC d/b/a CANYON COOLERS,<br><br>            Defendant. | MEMBER CASE<br><br>Case No. 1:19-cv-00140-AJS |

### NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)

1.      Whereas Plaintiffs Karen Clark and Sofia Montano filed the above-referenced case against Defendant Clara Canyon, LLC, d/b/a Canyon Coolers on May 7, 2019.

2.      Whereas the complaint alleges violations of the Americans with Disabilities Act with respect to websites owned, operated, or controlled by Defendant.

3.      Whereas, despite Plaintiffs' diligent efforts to serve Defendant, service has not been successful, and therefore Defendant has not yet answered or otherwise appeared

in this action and dismissal is appropriate without court order, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i).

4. Accordingly, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiffs seek voluntary dismissal of the Complaint against Clara Canyon, LLC, d/b/a Canyon Coolers and requests the Court dismiss the case in its entirety.

Dated: September 18, 2019                    Respectfully Submitted,

*/s/ Benjamin J. Sweet*
Benjamin J. Sweet, SBN 87338
**THE SWEET LAW FIRM, PC**
1145 Bower Hill Road, Suite 104
Pittsburgh, PA 15243
Telephone: (412) 857-5350
ben@sweetlawpc.com