IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANNE WEST, TOM BROWN,<br><br>                    Plaintiffs,<br>    v.<br><br>DOCUSIGN, INC.,<br><br>                    Defendant. | Civil Action No. 2:19-cv-0501<br><br>LEAD CASE |

## STIPULATION FOR DISMISSAL

Plaintiffs, Anne West and Tom Brown, and Defendant, Docusign, Inc., by and through their undersigned counsel, hereby stipulate that:

1. This action shall be DISMISSED, with prejudice as between all parties.

2. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: October 2, 2019

| | |
|---|---|
| THE SWEET LAW FIRM, P.C.<br><br>By:  */s/ Benjamin J. Sweet*<br>Benjamin J. Sweet, Esq.<br>1145 Bower Hill Road, Ste 104<br>Pittsburgh, PA 15243<br>Telephone: 412-857-5350<br><br>*Attorneys for Plaintiffs* | PAUL HASTINGS, LLP<br><br>By:  */s/ Elizabeth Minoofar*<br>Elizabeth Minoofar, Esq.<br>515 South Flower Street, 25th Floor<br>Los Angeles, CA 90071<br>Telephone: 213-683-6000<br><br>*Attorneys for Defendant* |

## **CERTIFICATE OF SERVICE**

I certify that on the 2nd day of October, 2019, the foregoing document was electronically filed through the Court's CM/ECF system, which caused the parties or counsel who have appeared in the case to be served by electronic means.

                                                 */s/ Benjamin J. Sweet*
                                                 Benjamin J. Sweet