IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANNE WEST, TOM BROWN,<br><br>Plaintiffs,<br><br>v.<br><br>DOCUSIGN, INC.,<br><br>Defendant. | Civil Action No. 2:19-cv-0501-AJS<br><br><br>LEAD CASE |
| KAREN CLARK and SOFIA MONTANO,<br><br>Plaintiffs,<br><br>v.<br><br>TRINATURK.COM, LT2, INC., and DOES 1-5,<br><br>Defendant. | Civil Action No. 1:19-CV-00137-AJS<br><br><br>MEMBER CASE<br><br><br>*Electronically Filed* |

**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Karen Clark and Sofia Montano ("Plaintiffs") and Defendant LT2, Inc. ("Defendant") stipulate and request that this Court enter a dismissal with prejudice of Plaintiffs' Complaint in the above-entitled action, in its entirety, with the Court to retain jurisdiction over the parties and the action until October 1, 2021, for the sole purpose of enforcement of the parties' obligation s pursuant to the Confidential Settlement Agreement and Release of Claims.

Each party shall bear their own fees, costs and attorneys' expenses.

Dated: November 18, 2019

*Signatures below.*

| | |
|---|---|
| THE SWEET LAW FIRM, P.C. | OGLETREE, DEAKINS, et al. |
| By: */s/ Benjamin J. Sweet*<br>Benjamin J .Sweet, Esq.<br>1145 Bower Hill Road, Suite 104<br>Pittsburgh, Pennsylvania 15243<br>Telephone: 412-857-5350 | By: */s/ Jennifer G. Betts*<br>Jennifer G. Betts, Esq.<br>One PPG Place, Suite 1900<br>Pittsburgh, PA 15222<br>Telephone: 412-246-0153 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |